UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELLIOT EISENBERG

                Plaintiff,

v.

THE MCGRAW-HILL COMPANIES, INC.

                Defendant.

Case No. 08-cv-5366 (JGK)

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                              ) ss:
COUNTY OF NEW YORK )

NICHOLAS S. FELTHAM, being duly sworn, deposes and says:

1. I am over the age of 18 years, and am not a party to this proceeding. I reside in Kings County, New York.

2. On June 16, 2008, I personally served an original Summons and a copy of the Complaint in the above-captioned matter on The McGraw-Hill Companies, Inc., Defendant, by hand delivering said materials to Defendant's principal place of business at 1221 Avenue of the Americas, New York, NY 10020 and leaving them in the custody of Peter J. O'Conor, a representative of the company who agreed to accept service on its behalf.

                                                                       _____
                                                                       Nicholas S. Feltham

Sworn to before me this
16th day of June, 2008

_____
Notary Public

ANN MARIE TERRACINO
Notary Public State of New York
No. 01TE6111281
Qualified in Richmond County
Commission Expires June 7, 2012

428428.1