UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

| | |
|---|---|
| ELLIOT EISENBERG, | : ECF Case |
| Plaintiff, | : No. 08-CV-5366 (JGK) |
| -against- | : **NOTICE OF APPEARANCE** |
| THE MCGRAW-HILL COMPANIES, INC., | : FILED ELECTRONICALLY |
| Defendant. | : |
| | : |

------------------------------------------------------------------------- x

PLEASE TAKE NOTICE that the undersigned appears as attorney for defendant The McGraw-Hill Companies, Inc. herein, and request that copies of all papers in this action be served upon him at the address stated below.

Dated: New York, New York
    July 9, 2008

    COWAN, LIEBOWITZ & LATMAN, P.C.

    By:    /s/ Richard Dannay

        Richard Dannay (rxd@cll.com)

    1133 Avenue of the Americas
    New York, New York 10036
    212-790-9200

    *Attorney for Defendant*

22151/023/836399.1