```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-08
```

JUL 0 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

ELLIOT EISENBERG                         :        ECF Case

                    Plaintiff,           :        08 CV 5366 (JGK)

        v.                               :        STIPULATION AND ORDER

THE McGRAW-HILL COMPANIES, INC.          :        (First Request)

                    Defendant.           :

- - - - - - - - - - - - - - - - - - - - - - - - - X

        The parties, through their undersigned counsel and subject
to the Court's approval, stipulate that Defendant's time to
answer or otherwise respond to the Complaint is hereby extended
to and including July 22, 2008.

Dated:   New York, NY
         July 2, 2008


GOLENBOCK EISEMAN ASSOR BELL          COWAN, LIEBOWITZ & LATMAN, P.C.
  & PESKOE LLP

By: _____         By: _____
       Robin E. Silverman                    Richard Dannay
       (RS 3066)
437 Madison Avenue                    1133 Avenue of the Americas
New York, New York  10022             New York, New York 10036-6799
RSilverman@Golenbock.com              rxd@cll.com
(212) 907-7300                        (212) 790-9200
(212) 754-0330 (fax)                  (212) 575-0671 (fax)

Attorneys for Plaintiff               Attorneys for Defendant
  Elliott Eisenberg                   The McGraw-Hill Companies, Inc.


                              SO ORDERED:

7/10/08   _____
                              U.S.D.J.

22151/023/835710.1