USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7-11-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

ELLIOT EISENBERG                     :   ECF Case

                Plaintiff,           :   08 CV 5366 (JGK)

        v.                           :   STIPULATION AND ORDER

THE McGRAW-HILL COMPANIES, INC.      :   (First Request)

                Defendant.           :

---------------------------------X

    The parties, through their undersigned counsel and subject to the Court's approval, stipulate that Defendant's time to answer or otherwise respond to the Complaint is hereby extended to and including July 22, 2008.

Dated: New York, NY
       July 2, 2008

GOLENBOCK EISEMAN ASSOR BELL          COWAN, LIEBOWITZ & LATMAN, P.C.
  & PESKOE LLP

By: _____         By: _____
      Robin E. Silverman                    Richard Dannay
        (RS 3066)
437 Madison Avenue                    1133 Avenue of the Americas
New York, New York  10022             New York, New York 10036-6799
RSilverman@Golenbock.com              rxd@cll.com
(212) 907-7300                        (212) 790-9200
(212) 754-0330 (fax)                  (212) 575-0671 (fax)

Attorneys for Plaintiff               Attorneys for Defendant
  Elliott Eisenberg                     The McGraw-Hill Companies, Inc.


                          SO ORDERED:
7/10/08                   _____
                                  U.S.D.J.

22151/023/835710.1