UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

| | | |
|---|---|---|
| ELLIOT EISENBERG | : | ECF Case |
| Plaintiff, | : | 08 CV 5366 (JGK) |
| v. | : | CORPORATE DISCLOSURE STATEMENT |
| THE McGRAW-HILL COMPANIES, INC. | : | |
| Defendant. | : | |

----------------------------------------X

This document is submitted under Fed. R. Civ. P. 7.1(a). The McGraw-Hill Companies, Inc., has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated: July 22, 2008
       New York, NY

> s/ Richard Dannay
> Richard Dannay (rxd@cll.com)
> COWAN, LIEBOWITZ & LATMAN, P.C.
> 1133 Avenue of the Americas
> New York, NY 10036-6799
> Phone (212) 790-9200
> Fax   (212) 575-0671
>
> Attorneys for Defendant
> The McGraw-Hill Companies, Inc.

22151/023/836790.1