Martin S. Hyman (MH 4131)
Robin E. Silverman (RS 3066)
Allyson R. Albert (AA 1330)
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
*Counsel to Plaintiff Elliot Eisenberg*
437 Madison Avenue
New York, New York 10022
(212) 907-7300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELLIOT EISENBERG,

           Plaintiff,

v.

THE MCGRAW-HILL COMPANIES, INC.

           Defendant.

ECF CASE
Case No. 08-cv-5366 (JGK)

**REPORT OF CONFERENCE PURSUANT TO RULE 26(F)**

---

Pursuant to Fed. R. Civ. P. 26(f), Elliot Eisenberg, ("Plaintiff") and McGraw Hill ("Defendant") held a conference on August 14 and 20, 2008 to, among other things, develop a proposed discovery plan. In accordance with their conference, the parties jointly propose the following plan:

*433809.2*

Initial Disclosures: Plaintiff and Defendant will serve initial disclosures pursuant to Fed. R. Civ. P. 26(a) by no later than September 30, 2008.

Discovery Plan: Plaintiff and Defendant have agreed upon the following plan for discovery:

Plaintiff and Defendant will exchange document requests by September 30, 2008.

Plaintiff and Defendant will respond in writing to the document requests by October 30, 2008.

Plaintiff and Defendant will produce documents responsive to the document requests by November 20, 2008.

The fact discovery cut-off shall be March 2, 2009.

Plaintiff will produce expert reports, if any, by April 1, 2009

Defendant will produce expert reports, if any, by May 1, 2009

Expert depositions will be completed by June 1, 2009

Dispositive Motions: Dispositive motions will be filed by Plaintiff and Defendant by June 26, 2009.

Amendment: The deadlines set forth herein may be extended only by order of the Court for good cause shown.

Settlement: The parties discussed settlement. As of the date of this report, no settlement has been negotiated.

Dated: New York, New York
       August 20, 2008

                              GOLENBOCK EISEMAN ASSOR BELL &
                                PESKOE LLP
                              *Counsel for Plaintiff Elliot Eisenberg*
                              437 Madison Avenue
                              New York, New York 10022
                              (212) 907-7300

By _____
                              Martin S. Hyman (MH 4131)
                              mhyman@golenbock.com
                              Robin E. Silverman (RS 3066)
                              rsilverman@golenbock.com
                              Allyson R. Albert (AA 1330)
                              aalbert@golenbock.com


                              COWAN, LIEBOWITZ & LATMAN, P.C.
                              *Counsel for Defendant*
                              *The McGraw-Hill Companies, Inc.*
                              1133 Avenue of the Americas
                              New York, New York 10036
                              (212) 790-9200

By _____
                              Richard Dannay
                              RXD@CLL.com