```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/26/08
```

Martin S. Hyman (MH 4131)
Robin E. Silverman (RS 3066)
Allyson R. Albert (AA 1330)
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
*Counsel to Plaintiff Elliot Eisenberg*
437 Madison Avenue
New York, New York 10022
(212) 907-7300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELLIOT EISENBERG,

           Plaintiff,

v.

THE MCGRAW-HILL COMPANIES, INC.

           Defendant.

ECF CASE
Case No. 08-cv-5366 (JGK)

**REPORT OF CONFERENCE PURSUANT TO RULE 26(F)**

Scheduling Order

---

    Pursuant to Fed. R. Civ. P. 26(f), Elliot Eisenberg, ("Plaintiff") and McGraw Hill ("Defendant") held a conference on August 14 and 20, 2008 to, among other things, develop a proposed discovery plan. In accordance with their conference, the parties jointly propose the following plan:

433809.2



Initial Disclosures: Plaintiff and Defendant will serve initial disclosures pursuant to Fed. R. Civ. P. 26(a) by no later than September 30, 2008.

Discovery Plan: Plaintiff and Defendant have agreed upon the following plan for discovery:

Plaintiff and Defendant will exchange document requests by September 30, 2008.

~~Plaintiff and Defendant will respond in writing to the document requests by October 30, 2008.~~

~~Plaintiff and Defendant will produce documents responsive to the document requests by November 20, 2008.~~

The fact discovery cut-off shall be ~~March 2, 2009~~ *January 11, 2009*.

~~Plaintiff will produce expert reports, if any, by April 1, 2009~~

~~Defendant will produce expert reports, if any, by May 1, 2009~~

Expert depositions will be completed by ~~June 1, 2009~~ *March 28, 2009*.

Dispositive Motions: Dispositive motions will be filed by Plaintiff and Defendant by ~~June 26~~ *April 18*, 2009.

Amendment: The deadlines set forth herein may be extended only by order of the Court for good cause shown.

Settlement: The parties discussed settlement. As of the date of this report, no settlement has been negotiated.

*Joint Pre-Trial is due 5/9/09.*
*Ready Trial Date, 48 hours notice, 5/23/09.*
*If a dispositive motion is made, the Joint Pre-Trial Order date and Ready Trial Date are adjourned to a date 3 weeks and 4 weeks respectively after a decision on the Dispositive motion. Parties should notify the court by 9/12/08 whether they consent to Trial before the M.J. Judge.*
*8/25/08 So ordered.*

433809.2



Dated: New York, New York
August 20, 2008

        GOLENBOCK EISEMAN ASSOR BELL &
        PESKOE LLP
        *Counsel for Plaintiff Elliot Eisenberg*
        437 Madison Avenue
        New York, New York 10022
        (212) 907-7300

By_____
        Martin S. Hyman (MH 4131)
        mhyman@golenbock.com
        Robin E. Silverman (RS 3066)
        rsilverman@golenbock.com
        Allyson R. Albert (AA 1330)
        aalbert@golenbock.com

        COWAN, LIEBOWITZ & LATMAN, P.C.
        *Counsel for Defendant*
        *The McGraw-Hill Companies, Inc.*
        1133 Avenue of the Americas
        New York, New York 10036
        (212) 790-9200

By_____
        Richard Dannay
        RXD@CLL.com